## FIDELITY & CASUALTY COMPANY OF NEW YORK v. SOUTHERN RAILWAY NEWS COMPANY.

ERROR TO THE COURT OF APPEALS OF THE STATE OF KENTUCKY.

No. 165. Argued April 20, 1909.—Decided April 26, 1909.

Writ of error to review judgment of the Court of Appeals of Kentucky dismissed without opinion, for want of jurisdiction, notwithstanding the contention of plaintiff in error that where a state court in construing a contract departs from its established and applicable mode of procedure theretofore applied under similar circumstances due process and equal protection of the law are denied.

THIS was a writ of error to review a judgment of the Court of Appeals by which plaintiff in error contended that he had been deprived of his property without due process of law.

Mr. *William H. Field* for plaintiff in error.

Mr. *Charles F. Taylor* for defendant in error.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Central Land Company v. Laidley,* 159 U. S. 103; *Sayward v. Denny,* 158 U. S. 180; *Bacon v. Texas,* 163 U. S. 207; *Burt v. Smith,* 203 U. S. 135; *Barrington v. Missouri,* 205 U. S. 485; *Tracy v. Ginzberg,* 205 U. S. 170; *Thompson v. Kentucky,* 209 U. S. 430.